1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CORTES SANDOVAL,<br><br>           Plaintiffs,<br><br>v.<br><br>CHIPOTLE SERVICES, LLC;<br>CHIPOTLE MEXICAN GRILL, INC.;<br>CLAUDIA CHOTOJ; and DOES 1<br>through 100<br><br>           Defendants. | Case No.: 16-cv-06122<br><br>**ORDER GRANTING DEFENDANTS CHIPOTLE SERVICES, LLC AND CHIPOTLE MEXICAN GRILL, INC'S APPLICATION TO APPEAR BY TELPHONE FOR THE CASE MANAGEMENT CONFERENCE**<br><br>Action Removed:   October 24, 2016<br>Trial Date:           Not Set |

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO APPEAR BY TELPHONE FOR THE CASE MANAGEMENT CONFERENCE**

Having reviewed the Application of Defendants Chipotle Services, LLC and Chipotle Mexican Grill, Inc. (collectively "Chipotle") to Appear By Telephone for Case Management Conference and finding good cause therein, this Court hereby GRANTS the request of Chipotle and shall permit Chipotle to appear for the Case Management Conference scheduled for February 7, 2017 at 2:00 p.m. in Courtroom 10 of the San Francisco Courthouse via telephone.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED:  2/1/2017

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE