UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CORTES SANDOVAL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHIPOTLE SERVICES, LLC; CHIPOTLE MEXICAN GRILL, INC.; CLAUDIA CHOTOJ; and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. 3:16-cv-06122-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW PLAINTIFF'S COUNSEL TO APPEAR BY COURTCALL AT CASE MANAGEMENT CONFERENCE**<br><br>Date:　February 7, 2017<br>Time:　2:00 p.m.<br>Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA<br>Judge: The Hon. Haywood S. Gilliam, Jr. |

　　　　Having considered Plaintiff's Motion to Allow Plaintiff's Counsel, Michael H. Kim, to appear by Courtcall at the Case Management Conference scheduled for February 7, 2017 at 2:00 p.m., and good cause appearing therefor, the Court ORDERS as follows:

　　　　The Motion is GRANTED;

　　　　Plaintiff's counsel, Michael H. Kim, is permitted to appear by Courtcall at the Case

Management Conference scheduled for February 7, 2017 at 2:00 p.m. in Courtroom 10 of this Court.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

    SO ORDERED.

Dated: February 3, 2017

                                            United States District Court Judge