UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CORTES SANDOVAL, <br><br> Plaintiff, <br><br> v. <br><br> CHIPOTLE SERVICES, LLC, et al., <br><br> Defendants. | Case No.16-cv-06122-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on February 7, 2017. The Court **SETS** the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Amendment to Pleadings | March 10, 2017 |
| Close of Fact Discovery | July 7, 2017 |
| Exchange of Opening Expert Reports | July 24, 2017 |
| Exchange of Rebuttal Expert Reports | August 7, 2017 |
| Close of Expert Discovery | August 21, 2017 |
| Dispositive Motion Hearing Deadline | October 5, 2017 <br> 2:00 p.m. |
| Pretrial Conference | January 9, 2018 <br> 3:00 p.m. |
| Jury Trial | January 29, 2018 – February 6, 2018 <br> 8:30 a.m. |

*//*

*//*

*//*

*//*

*//*

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 2/14/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge