1  Michael H. Kim, Esq. (State Bar No. 200792)
2  Melanie Massey, Esq. (State Bar No. 289611)
   MICHAEL H. KIM, P.C.
3  475 El Camino Real, Suite 309
   Millbrae, CA 94030
4  Telephone: (650) 697-8899
   Facsimile: (650) 697-8896
5

6  Attorneys for Plaintiff
   CARMEN CORTES SANDOVAL

7

8  Robert B. Hinckley, Jr., Esq. (CA State Bar No. 290786)
   Allan B. Claybon, Esq. (CA State Bar No. 239021)
9  MESSNER REEVES LLP
   11620 Wilshire Blvd. Suite 900
10 Los Angeles, CA 90025
   Telephone: (310) 909-7440
11 Facsimile: (310) 889-0896

12
   Attorneys for Defendants
13 CHIPOTLE SERVICES, LLC
   CHIPOTLE MEXICAN GRILL, INC.
14 CLAUDIA CHOTOJ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN CORTES SANDOVAL, | Case No. 4:16-cv-06122-HSG |
| Plaintiff, | **ORDER ON JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE** |
| vs. | |
| CHIPOTLE SERVICES, LLC; CHIPOTLE MEXICAN GRILL, INC.; CLAUDIA CHOTOJ; and DOES 1 through 100, | |
| Defendants. | |

After considering the Parties' Joint Stipulation to Continue Mediation Completion Date and

good cause appearing,

IT IS HEREBY ORDERED that the deadline to complete mediation is extended from April 26, 2017 to August 11, 2017.

Dated: May 17, 2017

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge